ontentionsÇareÇadequatelyÇpresentedÇinÇthe╠materialsÇbeforeÇtheÇcourtÇandÇargumentÇwouldÇnotÇaidÇtheÇdecisional╠process.╠╠≥♫≥AFFIRMED≤♫≤╠╠ÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇ3╠WPC#♦☺☻☺☻♣R↕☻U╢C　　　　¬å[╢6ÿ♂☺rå¼/`m█/ÄJ<_ßzª¡H╚ƒ÷⌂L}äi£PâεÄ3`╚Kc≤jh7&↕é⌂♂Y←J¡\╚ß≡F_}¬o5[YÜ@w^É§Cσ!lΓ§.♦\▬╥&µ‼9b)æ·"▬Γ|M¡0a¤ví. mjÜtùÄ╓$　7¢÷1£9a«=@uz╓¡Æg8εßéé&╢:╤1ëWúÖ╤)â⊖♥ÜΣ⌂█╓↕dπ;M╡?=─≡╓^∩¬)╧²cmçà╶N╛¢:ä¼←¼í¬╚↓⊖D↔ÿk↕ì√iìà¤▲s╫òv─. p#â-@§♦)╚zú╞ΓO¥τ╘EDG╓¡è¶I¬oΩgR~&╥╜‼♥█ç╫á╫öçÿZ┐>6σ√y≤z▄£sá■╥╢µ↓╜+L↕½|uΣge╢&ÿ▄ÄiAb♣g┐Pïπ╜#‼:ij╡/I╛╚v♦%╞5Ö§╜iü♦╙äσ▄╜|,╓░±╜♦ñCÜ;-ê-ΣÑç╛è╢♠÷1°╜'êK╨╓i╙&n<üjmδ▄δ! 'St,¤Hπ╓3╢♠

♥◘n☺X☺◣♥♂0☻rt♦◘↔☺µ♦◘w☺♦µ♦◘4☺¶Ω♦<#§6▸X! ☺9`(§▸"Courier 12cpi☺☺⌐☺)╩↓⌡▸ª◘◂    `↑◂▸(CG TimesScalable◘#│d☺☻☺½<#§6▸X! ☺9`(§▸"Courier 12cpi⌐☺┬☺d#§6▸X! ♦◂@╔â8╟☺; ⌐☺@)╩↓⌡▸ª◘◂     `↑◂▸(CG TimesScalable┬☺┬Y╩↓⌡▸ª◘▸ P∞ëè7↕√☺┬☺P☺♦(J☺↕i╔$íí╚←▾ç☺☺◘┬☺_?☺┬☺⌐☺☺⌐☺▾╚╚▾ç☺♥◘┬☺NK☻┬☺☺┬☺☺┬☺_?▾╚Ⅱ♣

☺☺

☺☺

UNPUBLISHED

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

≤UNITEDÇSTATESÇOFÇAMERICA,⊥◆§♂          ☺Φ◘8♦♠☺
§⊥≥♬≥Plaintiff-Appellee,⊥◆§♂   ☺£     ∞◆!☺  §⊥╠≤♬≤v.α◄

◪!

αα◄

αα◄

ㄱ ♂

ααα◀

▶♫

αα◄

h▸

αα◄

L↕

αα◄

↑ §

αα◄

p↕

No. 99-4880

PAUL DAVID HOUSE, Defendant-Appellant.

☺ §╨╠╦≤♫≤Appeal Çfrom Çthe ÇUnited ÇStates ÇDistrict ÇCourt╨♦§♂    ☺ê♫╪ ♫☺

§╨for Çthe ÇEastern ÇDistrict Çof ÇNorth ÇCarolina, Çat ÇRaleigh. ╠James ÇC .ÇFox, ÇDistrict ÇJudge. ╠(CR-96-174-BR) ╠╠Submitted: ÇMay Ç11, Ç2000 ╠╠D ecided: ÇMay Ç19, Ç2000 ╠╠Before ÇMURNAGHAN, ÇLUTTIG, Çand ÇTRAXLER, ÇCirc uit ÇJudges. ╠╠_____

_____╠╠Affirmed Çby Çunpublished Çper Çcuriam Çopinion. ╠╠_____

_____╠╠╠≥

≥COUNSEL⊥◆§♂   ☺|╠§▾☺  §⊥╠≤

Edwin C. Walker, Acting Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

≥OPINION╟╫╟≤

≤PERÇCURIAM:╠╠PaulÇDavidÇHouseÇappealsÇtheÇdistrictÇcourt'sÇrevocationÇofÇh
_____╠╠*≥♫≥See≤♫≤ÇChapterÇ7ÇofÇtheÇ≥♫≥U.
S.ÇSentencingÇGuidelines≤♫≤.╠╠ÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇÇ2╠
WPC#♦☺

☻☺☻♣

✿☻. ê▒%ÿ↓!§¶(☺¬M╙w▐τ$1.╙π{p—├;╙ï|E┼Ñê6╤pJ='▐ë◘╘E✿ÿµåµkâë¼╠Ωä8Ås£6
∞·#╚~┼▼0¬6↔xü▲←Ñ‼↕;♣»√ú╧√┐²å╠▒É┌q#Ω║ôwAZgí┌p┴*'4ë╥5
v►B▄△≈╘ÄÑß╙▒╙k╝@φ▄½╠↓▒úεè╚8·@C┌ÄçNá┌c╙
▒│┤eU%¶ε╗α╕▐æ6╗aEΓ☺.╙J1¬┐V♠

♥◘n☺X☺◣♥♂0☻rt♦◘↔☺µ♦◘w☺♦µ♦◘4☺¶Ω♦<#§6►X! ☺9`(§►"Courier 12cpi☺☺⌠☺)⊥↓⌡►ª◘◄     `↑◄►(CG TimesScalable◘#│d☺☻☺½<#§6►X! ☺9`(§►"Courier 12cpi⌠☺┬☺d#§6►X! ♦◄@╓â8║☺;⌠☺@)⊥↓⌡►ª◘◄        `↑◄►(CG TimesScalable┬☺┬Y⊥↓⌡►ª◘►
P∞ëè7↓√☺┬☺P☺♦(J☺↕i╔$íí╚←▾ç☺☺◘┬☺_?☺┬☺⌠☺☺⌠☺▾╚╚▾ç☺♥◘┬☺NK☻┬☺☺┬☺☺┬☺_?▾╚╙♣

☺☺

☺☺

UNPUBLISHED

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

≤UNITEDÇSTATESÇOFÇAMERICA,⫪♦§♂      ☺Φ◙8♦♠☺
§⫪≥♬≥Plaintiff-Appellee,⫪♦§♂  ☺£    ∞♦!☺ §⫪╟≤♬≤v.α◄

∎!

αα◀

αα◄

⊣⊢ ♂

αα◄

►♫

αα◄

h ▶

αα◄

L↕

αα◄

↑§

αα◄

p↕

No. 99-4774

DEVIN TAYLOR, Defendant-Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-98-454)

Submitted: May 11, 2000

Decided: May 19, 2000

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

≥COUNSEL⊥◆§♂    ☺| ╟§▾☺  §⊥╟≤

Thanos Kanellakos, THANOS KANELLAKOS, P.C., Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

≥OPINION╠╟≤

PER CURIAM: Devin Taylor appeals his 262-month sentence based upon a guilty plea to conspiracy to distribute and possess with intent to distribute heroin in violation of 18 U.S.C.A. § 846 (West 1999). Taylor contends that the sentencing court erred in finding he was a career offender based upon his prior state court conviction for escape from custody. Taylor argues this prior state conviction was not a "crime of violence" under § U.S. Sentencing